**Charles W. WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41369.**

Missouri Court of Appeals,
Western District.

Oct. 17, 1989.

Joseph H. Locascio, Sp. Public Defender, Kimberly K. Kellogg, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 (repealed) motion for post-conviction relief, where ineffective assistance of counsel was claimed.

Affirmed. Rule 84.16(b).